[Nos. 12370-7-III; 12371-5-III.   Division Three.   June 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GLORIA
GARZA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LEONICIO
GARZA, *Appellant*.

Appeals from judgments of the Superior Court for Franklin County, Nos. 91-1-50333-7, 91-1-50334-5, Dennis D. Yule, J., entered March 31, 1992. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11744-8-III.   Division Three.   June 24, 1993.]

KELLY R. HOYEM, *Respondent*, v. THERESA L. CANADAY,
ET AL, *Defendants*, KENNETH CANADAY,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-5-00124-3, Albert J. Yencopal, J., entered June 26, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11749-9-III.   Division Three.   June 24, 1993.]

*In the Matter of the Marriage of* CONNIE J. TAUFEN,
*Respondent, and* OTTO JOHN TAUFEN,
*Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 89-3-01098-9, Philip W. Borst, J., entered June 24, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.